SOMMER, Appellant, v. SOMMER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by Helena Sommer against Frederick W. Sommer and others. No opinion. Motion denied.

SPECTOR, Respondent, v. SAMUELS, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Charles Spector against Aaron Samuels. No opinion. Judgment of the Municipal Court affirmed, by default, with costs.

SPENCER v. TOWN OF SARDINIA. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by Ella D. Spencer against the town of Sardinia. No opinion. Motion to amend order, dated July 7, 1903, allowing an appeal from the judgment and order of this court to the Court of Appeals, granted, and said order is amended by adding thereto: "And this court hereby certifies that in its opinion a question of law is involved in this case which ought to be reviewed by the Court of Appeals."

SPRINGER, Appellant, v. FUCHS & LANG MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by John H. Springer, as receiver, against the Fuchs & Lang Manufacturing Company. E. Crandall, for appellant. J. E. Ludden, for respondent. No opinion. Judgment affirmed, with costs.

STANDARD TRUST CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by the Standard Trust Company, as executor, etc., of Alfred M. Perrin, deceased, against the New York Central & Hudson River Railroad Company and others. No opinion. Judgment and order unanimously affirmed, with costs; GOODRICH, P. J., being of opinion, however, that the verdict is excessive.

STANTON, Respondent, v. LUDWIG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Mary D. Stanton against Charles Ludwig. No opinion. Judgment and order affirmed, with costs. The form of the order to be settled by and before Mr. Justice HISCOCK on two days' notice.

STATE BANK, Respondent, v. SILBERMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by the State Bank against Rosie Silberman and others. N. Alienikoff, for appellants. B. N. Cardozo, for respondent. No opinion. Judgment affirmed, with costs.

STEARNS, Appellant, v. OPPENHEIM, Respondent, et al. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by George A. Stearns against Adolph Oppenheim, impleaded. G. A. Stearns, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STEIN et al. v. MARKS et al. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Charles Stein and others against Michael Marks and others. B. Patterson, for appellants. N. Burkan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

STEMMLER et al., Appellants, v. MAYOR, ETC., OF NEW YORK, Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Theodore W. Stemmler and others against the mayor, etc., of New York. D. McCurdy, for appellants. T. Farley, for respondents. No opinion. Judgment and order affirmed, with costs.

STERLING et al. v. MURRAY et al. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by John W. Sterling and others against Henry Murray and others. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

In re STILES. (Supreme Court, Appellate Division, Third Department. December 3, 1903.) In the matter of the proceedings to disbar Esmond Stiles, an attorney. No opinion. Ordered that Hon. Samuel Edwards, of Hudson, N. Y., be appointed referee to take testimony and report to the court, with his opinion thereon.

STONE, Respondent, v. CRONIN, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Medad E. Stone, as administrator, etc., against Bridget Cronin, individually, etc. No opinion. Motion denied, with leave to renew at the next term, unless the case is then in readiness for argument.

STRAUS et al., Appellants, v. AMERICAN PUBLISHERS' ASS'N et al., Respondents. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Isidor Straus and others against the American Publishers' Association and others. No opinion. Motion granted. Question to be certified to Court of Appeals: "Are the facts stated in the complaint in this action sufficient to constitute a cause of action?"